# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHAMISA ARMSTEAD, et al.,** | |
| Plaintiff(s), | |
| vs. | Civil Case No: **06-276 (RBW)** |
| **THE DISTRICT OF COLUMBIA, ET AL** | |
| Defendant(s). | |

## NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that exhibits 1 through 50 have been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk

**Date:** 2/14/06