UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHAMISA ARMSTEAD**, for D.A., a minor, et al.,   Plaintiffs,   v.   **DISTRICT OF COLUMBIA**, et al.,   Defendants. | Civ. No. 06-0276 (RBW) |

## ORDER

Upon consideration of Defendant District of Columbia's Motion to Dismiss, any responses thereto, and the record herein, it is

ORDERED that Defendant's Motion to Dismiss is GRANTED; and it is

FURTHER ORDERED that the Section 1983 and Section 504 claims herein are DISMISSED with prejudice.

_____
United States District Judge