IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHAMISA ARMSTEAD**, for D.A., a minor, et al., | : | |
| Plaintiffs | : | Civil Action No. 06-276(RBW) |
| v. | : | |
| **DISTRICT OF COLUMBIA, et al.,** | : | |
| Defendants | : | |

**PLAINTIFFS' OPPOSITION TO THE DEFENDANT'S
MOTION TO FOR PARTIAL DISMISSAL**

_____COMES NOW, the Plaintiffs, by and through their attorney, Tilman L. Gerald, and James E. Brown & Associates, PLLC, hereby oppose the Defendant's Motion for Partial Dismissal filed herein against them by the Defendant for the reasons that are more specifically set forth in the Memorandum of Points and Authorities Submitted in Support of Their Opposition to the Motion for Partial Dismissal filed contemporaneously herewith and incorporated herein as though set forth in its entirety.

Respectfully submitted,

/s/
Tilman L. Gerald [928796]
Roxanne D. Neloms [478157]
1220 L Street, N. W., Suite 700
Washington, D.C. 20005
202.742.2000
202.742.2098 facsimile
***Attorneys for the Plaintiffs***