IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHAMISA ARMSTEAD, for** | : | |
| D.A., a minor, <u>et al.</u>, | : | |
| | : | |
| Plaintiffs | : | Civil Action No. 06-276(RBW) |
| | : | |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA, <u>et al.</u>,** | : | |
| | : | |
| Defendants | : | |
| | : | |
| | : | |

## PRAECIPE

To the Clerk of the Court:

**Please withdraw the following cases without prejudice:**

1. CHAMISA ARMSTEAD, parent and next friend of D.A., a minor;

2. CHRISTINE HOLLOWAY, Parent and next friend of Jazmere H.; a minor;

3. KAREN TATE, parent and next friend of M.T., a minor;

4. ELAINE BUSH, parent and next friend of D.B., a minor

5. WILLIAM MARROW, parent and next friend of A.M., a minor

**Please mark the following cases as settled, paid, and dismissed:**

1.   SHIRLEY RICHARDSON, parent and next friend of C.B., a minor;

2.   BEVERLY FENNELL, parent and next friend of C.B., a minor;

3.   CHARLIE HILL and JOYCELYNN BUSH, parents and next friends of W.A.B., a minor;

4.   JOYCE RICHARDSON, Parent and next friend of J.C., a minor;

5.   BARBARA AGNEW, parent and next friend of E.C., a minor;

6. ROBIN DEBRUCE, parent and next friend of C.D., a minor;

7. FRENCHEE DOSTER, parent and next friend of I.D., a minor;

8. LISA JENKINS, parent and next friend of S.G., a minor;

9. CHERYL GREGORY-RIVAS, parent and next friend of A.G.R., a minor;

10. TRINA HAILSTORKS, parent and next friend of C.H., a minor;

11. VANESSA HAMMOND, parent and next friend of C.H., a minor;

12. BETTY WASHINGTON, parent and next friend of E.H., a minor;

13. ANGELA HICKSON, parent and next friend of L.H., a minor;

14. CHRISTINE HOLLOWAY, parent and next friend of J.H., a minor;

15. SHARON HORTON, parent and next friend of R.H., a minor;

16. SHEILA BROWN, parent and next friend of C.J., a minor;

17. CATHY JOHNSON, parent and next friend of M.J., a minor;

18. SHANNON JOHNSON, parent and next friend of S.J., a minor;

19. SHARON LILLY-JOYNER, parent and next friend of S.L., a minor;

20. LASHAUN LOWERY, parent and next friend of L.L., a minor;

21. MARION MCDOWELL, parent and next friend of D.M., a minor;

22. ALISHA MILLER, parent and next friend of D.P., a minor;

23. JEANETTE ROBINSON, parent and next friend of A.R., a minor;

24. JANEENA ROBINSON, parent and next friend of D.R., a minor;

25. SUKITHIA ROBINSON, parent and next friend of T.R., a minor;

26. CLAUDIA WRIGHT, parent and next friend of S.R., a minor;

27. GIDGET RUCKER, parent and next friend of J.R., a minor;

28. EVELYN SAVOY, parent and next friend of D.S., a minor;

29. SHIRLEY RICHARDSON, parent and next friend of S.S., a minor;

30. ALLEGRA SMITH, parent and next friend of J.S., a minor;

31. CATHERINE TAYLOR, parent and next friend of D.T., a minor;

32. KENDRA HEAD FLOWERS, parent and next friend of V.W., a minor;

33. FELICIA CLOUTTERBUCK, parent and next friend of A.W., a minor;

34. LAKIA WHITE, parent and next friend of T.W., a minor;

35. JEANETTE WILLIAMS, parent and next friend of K.W., a minor;

36. YOLANDA FERGUSON, parent and next friend of T.W., a minor.

Respectfully submitted,

_____/s/_____
Tilman L. Gerald [#928796]
Roxanne D. Neloms [#478157]
**Law Offices of James E. Brown, PLLC**
1220 L Street, N. W., Suite 700
Washington, D.C. 20005
202.742.2000 (office) 202.742.2098 (fax)
***ATTORNEYS FOR PLAINTIFFS***