UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHAMISA ARMSTEAD, for D.A., a minor, et al.,  :  <br>  :  <br>Plaintiffs,  :  <br>  :  <br>v.  :  <br>  :  <br>DISTRICT OF COLUMBIA, et al.,  :  <br>  :  <br>Defendants.  :  <br>  : | Civil Action. No. 06-0276 (RBW) |

**NOTICE OF ENTRY OF APPEARANCE**

The Clerk of the Court will please note the entry of the appearance of Amy Caspari, Assistant Attorney General, herein, as counsel for Defendants in this matter.

                                                Respectfully submitted,

                                                EUGENE A. ADAMS
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Amy Caspari*
Amy Caspari [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794
November 16, 2006                      email:  amy.caspari@dc.gov