# EXHIBIT A

# EXHIBIT 20

*Armstead v. D.C.*



# District of Columbia Public Schools
**OFFICE OF GENERAL COUNSEL**
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Jasmine Hoover
   DOB: 8/27/95
   Date of Determination (HOD/SA): 9/19/05
   Parent/Guardian Name: Mary Hoover
   Parent/Guardian Address: 3021 G St., SE, WDC 20019
   Current School: St John Comm. Services Shaed ES
   Home School: Kimball ES

3. **Invoice Information**
   Invoice Number: 05-444
   Date Request Submitted: 9/23/05
   Date(s) Services Rendered: 6/30/05 to 8/18/05
   Amount of Payment Request: $ 17,970.45

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____          September 23, 2005
Signature                                            Date

# District of Columbia Public Schools
Office of Management Services
**Tonya M. Butler-Truesdale, Esquire**
Independent Due Process Hearing Officer
825 North Capitol Street, N.E., 8th Floor
Washington, DC 20002-4232
(202) 518-6867
Facsimile: (202) 442-5556

## CONFIDENTIAL

## HEARING OFFICER'S INTERIM ORDER

| | | |
|---|---|---|
| In the Matter of | ) | IMPARTIAL DUE PROCESS HEARING |
| Jasmine Hoover, Student | ) | |
| Date of Birth: 08/27/95 | ) | |
| Petitioner | ) | Hearing Dates: August 18, 2005 |
| v. | ) | Held at: Whittier School |
| District of Columbia Public Schools, | ) | Washington, D.C. |
| Respondent. | ) | |

Parent(s): Ms. Mary Hoover
3021 G Street, SE
Washington, DC 20019

Counsel for Parent(s): Roxanne Neloms, Esquire
James E. Brown & Associates, PLLC
Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005

Counsel for School: Katherine Rodi, Esquire
Office of the General Counsel, DCPS
825 North Capitol Street, N.E., 9th Floor
Washington, DC 20002

*In the Matter of Jasmine Hoover*

### I. JURISDICTION

The Due Process Hearing was convened and this Order is written pursuant to the *Individuals with Disabilities Improvement Education Act of 2004 (I.D.I.E.A.), Pub. L. No. 108-446, Sec. 101, Section 614(e)*; 5 D.C.M.R. Section 3000; Section 143 of the D.C. Appropriations Act, effective October 21, 1998; and, the Rules of the Board of Education of the District of Columbia.

### II. DUE PROCESS RIGHTS

Parent's counsel waived a formal reading of the due process rights.

### III. FIVE-DAY DISCLOSURE

Petitioner disclosures labeled JH 1-24.

Respondent presented a disclosure labeled DCPS-01.

### IV. STATEMENT OF THE CASE

On July 6, 2005 a due process hearing request was received alleging that DCPS failed to comply with to the *Individuals with Disabilities Improvement Education Act of 2004 (I.D.I.E.A.), Pub. L. No. 108-446, Sec. 101, Section 614(e); Section 614(d)(1)(A);Section 614(b)(2)(A); and, Section 614(d)(1)(B)*.

The Student Hearing Office, DCPS, scheduled a Due Process Hearing for August 18, 2005 at 3:00pm at Whittier School in NW Washington, DC. The hearing convened as scheduled. Attorney Advisor Katherine Rodi appeared in-person for DCPS. Attorney Roxanne Neloms appeared in person on behalf of Petitioner.

Respondent filed a notice of insufficiency of the Petitioner's Due Process Hearing Notice. Respondent responded with a Memorandum of Points and Authorities in Opposition. The hearing officer will not consider these motions in this interim order. Petitioner motioned for the exclusion of the meeting notes. That motion is also held in abeyance.

### V. FINDINGS OF FACT

The record indicates that meetings were scheduled in convened in order to determine an appropriate placement for Petitioner in addition to updating her IEP. While as a result of the initial meeting an IEP was developed, no site was definitively determined, and the team proposed Mammie D. Lee. A subsequent meeting for the week of July 18, 2005 was planned. Petitioner filed a hearing request arguing that their participation in the

*In the Matter of Jasmine Hoover*

meeting which was convened was constricted by the absence of appropriate personnel although the guardians signed the IEP.

**ORDER**

**IT IS ORDERED**, that DCPS shall convene an MDT/IEP no later than September 8, 2005 to update Petitioner's IEP and, discuss and determine placement. The team shall include a Special Education teacher, a clinical psychologist, a speech and language pathologist, an occupational therapist, and a DCPS placement specialist knowledgeable of all proposed placements as of September 1, 2005, including St. Colletta's and the Kennedy Krieger. If Saint John's personnel declines to participate in the meeting, DCPS shall identify the appropriate related services personnel.

**IT IS FURTHER ORDERED**, that DCPS shall forward a referral packet to the Kennedy-Krieger within 30 calendar days of the issuance of this Order.

**IT IS FURTHER ORDERED**, that DCPS will coordinate scheduling the MDT meeting with Petitioner's counsel, Roxanne Neloms, Esquire, (202) 742-2000, x2022.

**IT IS FURTHER ORDERED**, that any delay in meeting any of the deadlines in this Order because of Petitioner's absence or failure to respond promptly to scheduling requests, or that of Petitioner's representatives, will extend the deadlines by the number of days attributable to Petitioner or Petitioner's representatives. DCPS shall document with affidavits and proofs of service for any delays caused by Petitioner or Petitioner's representatives.

**IT IS FURTHER ORDERED**, that this Order is effective immediately.

_____         09/18/05
Tonya M. Butler-Truesdale, Esquire        Date
Hearing Officer

Issued: __09-19-05__
Student Hearing Office, DCPS

# District of Columbia Public Schools
## *Office of Compliance*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



## *FACSIMILE SHEET*

Date: 09-19-05

TO: R. Neloms

FROM: STUDENT HEARING OFFICE

RE: HOD - Jasmine Hoover

TOTAL NUMBER OF PAGES, INCLUDING COVER:

COMMENTS:

**CONFIDENTIALITY NTOICE:** The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.

# FACSIMILE TRANSMITTAL FORM

**Law Office**
**TONYA M. BUTLER - TRUESDALE**
Attorney At Law
Washington, DC
(202) 518-6867

Date of Transmission: 09/18/05

To: SHO

Fax Number of Recipient: _____

From: _____

Fax Number of Sender: (202) 518-3666

Total Number of Pages (including cover sheet): _____

Comments: HOD - Jasmine Hoover

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to the above address via the U.S. Postal Service.

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Jasmine Hoover
Mary Hoover
3021 G Street, SE
Washington DC 20019

September 22, 2005
In Reference To:   Jasmine Hoover
                   DOB: 8/27/95
                   School: St. John Community Services @ Shaed ES

Invoice #10978

    Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/30/2005 | AAG | Conference with parent to discuss opening case and child's educational needs. | 1.00 105.00/hr | 105.00 |
|  | JEB | Consultation with parent and legal assistant, research and case preparation. | 1.00 350.00/hr | 350.00 |
| 7/5/2005 | DH | Conduct educational research regarding DCPS' duty to do, among other things, have the student placed in an appropriate special education program, provide the student with her dedicated aide, begin drafting the student's administrative due process hearing compliant. | 6.67 350.00/hr | 2,334.50 |
| 7/6/2005 | DH | Finish drafting of the student's administrative due process hearing complaint. | 2.00 350.00/hr | 700.00 |
|  | RN | Review the student's administrative due process hearing complaint. | 0.42 350.00/hr | 147.00 |
| 7/11/2005 | WB | Conference with parent re: case status and complaint/HR filed on 7/11/05 | 0.25 105.00/hr | 26.25 |
| 7/18/2005 | GMH | Researched placement for Jasmine: Autism Placement and methods for upcoming hearing request. | 1.83 175.00/hr | 320.25 |
|  | DH | Draft letter, for Ms. Neloms's review, informing the DCPS Office of Student Hearings that no resolution was reached in the matter and the need for the student's administrative due process hearing to be scheduled. | 0.33 350.00/hr | 115.50 |

Jasmine Hoover                                                                                   Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/18/2005 | RN | Review letter drafted by Mr. Hill. | 0.08<br>350.00/hr | 28.00 |
| 7/19/2005 | WB | Prepared and sent placement referral packet to The Katherine Thomas School | 0.75<br>105.00/hr | 78.75 |
|  | WB | Prepared and sent placement referral packet to St. Coletta of Greater Washington | 0.75<br>105.00/hr | 78.75 |
|  | WB | Prepared and sent placement referral packet to Kennedy Krieger | 0.75<br>105.00/hr | 78.75 |
|  | WB | Prepared and sent placement referral packet to Ivymount School | 1.00<br>105.00/hr | 105.00 |
| 7/20/2005 | DH | Continue educational research and drafting of Motion to Strike DCPS Response to the Administrative Due Process Complaint. | 4.67<br>350.00/hr | 1,634.50 |
|  | RN | Work with Mr. Hill on Motion to Strike DCPS Response to the Administrative Due Process Complaint. | 1.33<br>350.00/hr | 465.50 |
|  | KD | Drafted letter to parent/enclosed copy of Atty's 7-12-05 Ltr to DCPS re rescheduling of Resolution Mtng/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
|  | KD | Drafted letter to parent/enclosed copy of Atty's 7-6-05 Notice of Representation to St. John's @ Shaed/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
|  | KD | Drafted letter to parent/enclosed copy of Atty's Offer to Waive Resolution Mtng/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
|  | KD | Drafted letter to parent/enclosed copy of HR-Complaint/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
|  | WB | Drafted letter to parent re: case status and placement referrals sent to Ivymount School, Kennedy Krieger, St. Coletta of Greater Washington, and The Katherine Thomas School | 0.50<br>105.00/hr | 52.50 |
| 7/22/2005 | DH | Finish drafting Motion to Strike, give to Ms. Neloms' for her review, and execution, file with the DCPS Office of Student Hearings and Attorney Advisor assigned to the case. | 1.50<br>350.00/hr | 525.00 |
|  | RN | Review Motion to Strike, prepared by Mr. Hill. | 0.50<br>350.00/hr | 175.00 |
|  | DH | Conduct educational research, draft Motion In Opposition to DCPS' Notice of Insufficient Due Process, give to Ms. Neloms for her review. | 2.92<br>350.00/hr | 1,022.00 |
|  | RN | Review Mr. Hill's Motion In Opposition to DCPS' Notice of Insufficient Due Process, give to Ms. Neloms for her review. | 1.00<br>350.00/hr | 350.00 |

Jasmine Hoover                                                                                                    Page    3

|            |     |                                                                                                                                   | Hrs/Rate      | Amount   |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------|---------------|----------|
| 7/28/2005  | KD  | Drafted letter to parent/enclosed copy of HN/copy to advc and file/added to case notes/posted same to Outlook and Desk Calendars  | 0.50 105.00/hr | 52.50   |
|            | KD  | Drafted letter to parent/enclosed copy of Memorandum of Points & Authorities in Opposition to Complaint/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10   |
|            | KD  | Drafted letter to parent/enclosed copy of Memorandum in Support of Motion to Strike/copy to advc and file/added to case notes     | 0.42 105.00/hr | 44.10   |
| 8/1/2005   | WB  | Drafted letter to parent re: case status w/ correspondence received from Ivymount School                                          | 0.50 105.00/hr | 52.50   |
| 8/11/2005  | KD  | Assist attorney to prepare disclosure to DCPS                                                                                     | 1.00 105.00/hr | 105.00  |
|            | DH  | Review the student's educational file, prepare five-day disclosures for Ms. Nelom's review.                                       | 1.25 350.00/hr | 437.50  |
|            | RN  | Review the five-day disclosures prepared by Mr. Hill.                                                                             | 0.42 350.00/hr | 147.00  |
| 8/12/2005  | DH  | Conduct educational research regarding the admissability of the Notes from the Resolution Session Meeting, begin drafting Motion to Strike. | 8.83 350.00/hr | 3,090.50 |
| 8/16/2005  | DH  | Discussion with the student's guardian regarding the status of the case.                                                          | 0.08 350.00/hr | 28.00   |
| 8/17/2005  | DH  | Prepare for the student's administrative due process hearing.                                                                     | 3.00 350.00/hr | 1,050.00 |
|            | RN  | Prepare for the student's administrative due process hearing.                                                                     | 1.00 350.00/hr | 350.00  |
| 8/18/2005  | GMH | Discussion with parent and aunt, re: hearing issues.                                                                              | 0.42 175.00/hr | 73.50   |
|            | GMH | Researched placement options for MR child, severe and profound, via internet and k12.dc.us                                        | 1.33 175.00/hr | 232.75  |
|            | GMH | Reviewed MDT notes, dated June 05.                                                                                                | 0.42 175.00/hr | 73.50   |
|            | GMH | Reviewed evaluation, Clinical, dated June 6th, 05                                                                                 | 0.50 175.00/hr | 87.50   |
|            | GMH | Reviewed evaluation, Cognitive Evaluaiton                                                                                          | 0.50 175.00/hr | 87.50   |
|            | GMH | Appearance to Whittier ES for due process hearing                                                                                 | 2.00 175.00/hr | 350.00  |

Jasmine Hoover

Page 4

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/18/2005 | GMH | Phone call to Director at St. Colletta's, discussion of how they can service Jasmine or not. | 0.42 175.00/hr | 73.50 |
|  | GMH | Reviewed evaluation, Psycho Educational | 0.50 175.00/hr | 87.50 |
|  | GMH | Reviewed IEP | 0.67 175.00/hr | 117.25 |
|  | RN | Prepare and appear at the student's administrative due process hearing. | 3.00 350.00/hr | 1,050.00 |
|  | DH | Prepare and appear at the student's administrative due process hearing. | 3.00 350.00/hr | 1,050.00 |
|  |  | For professional services rendered | 61.11 | $17,552.85 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 6/30/2005 | Copied: Intake. | 31.00 |
| 7/6/2005 | Facsimile: Hearing request to SHO. | 12.00 |
|  | Facsimile: letter to school. | 2.00 |
|  | Facsimile: Letter to OSE and St. Johns. | 8.00 |
| 7/18/2005 | Facsimile: Letter to SHO. | 4.00 |
|  | Copied: documents | 10.00 |
| 7/19/2005 | Copied: Placement package for Katherine Thomas, Ivymount, Kennedy Kreger, and St. Coletta. | 57.00 |
|  | Postage; letter to parent (Cover letter and placement referral letters) | 0.37 |
|  | Postage; placement package. | 2.44 |
| 7/20/2005 | Copied documents to parent/advocate: Hearing request with complaint and cover letter | 6.50 |
|  | Copied documents to parent/advocate: Attorney's offer to waive resolution meeting and cover letter | 1.50 |
|  | Copied documents to parent/advocate: Attorney's 7/6/05 notice of representation and cover letter | 3.50 |
|  | Copied documents to parent/advocate: Attorney's 7/12/05 letter to DCPS reschedule of meetings and cover letter | 3.00 |
|  | Postage; HR/Complaint, letter to parent. | 1.29 |

Jasmine Hoover                                                                                      Page   5

                                                                                                    Amount

| Date | Description | Amount |
|---|---|---:|
| 7/22/2005 | Facsimile: Documents to SHO and OGC. | 36.00 |
|  | Facsimile-admended motion | 11.00 |
|  | Facsimile-admended motion | 11.00 |
|  | Facsimile-motion to strike | 5.00 |
| 7/28/2005 | Copied documents to parent and advocate: Memorandum of parent and advocate in opposition to complaint | 10.00 |
|  | Copied documents to parent and advocate: Memorandum in support of motion to strike | 6.50 |
| 7/29/2005 | Postage; HN for 8/18/05, Memorandum in oppsition of complaint and in support of motion to strike, letter to parent. | 1.75 |
|  | Copied documents to parent and advocate: HN and cover letter | 1.50 |
| 8/1/2005 | Postage; letter to parent re: placement consideration response. | 0.37 |
| 8/11/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Copied: Disclosure for SHO and OGC. | 57.00 |
| 8/15/2005 | Facsimile motion to strike to OGC/SHO | 18.00 |
| 8/18/2005 | File review preparation of bill and invoice audit | 96.88 |

           Total costs                                                                              $417.60

           Total amount of this bill                                                             $17,970.45