# EXHIBIT
# B

Copy
J.A.
Abarca
2/14/6

Abarca v. D.C.

# EXHIBIT 28

*State Education Agency for the District of Columbia*
*State Enforcement and Investigation Division (SEID)*
*Special Education Programs*



# ADMINISTRATIVE DUE PROCESS
# COMPLAINT NOTICE

- The form is used to give notice of a due process complaint to the **District of Columbia Public Schools, District of Columbia Public Charter Schools (DCPS or LEA) and/or parents** with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a free appropriate public education to that child. **A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals with Disabilities Education Improvement Act (IDEIA).**

- The due process complaint must describe an alleged violation that occurred not more than two (2) years before the date that the parent or school system knew or should have known about the alleged action that is the basis of the complaint.

- Notice must be provided to the Student Hearing Office for the DC Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002; fax number 202/442-5556.

- Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice. Therefore, please be thorough in providing the information requested.

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting (**called a "Resolution Session"**) with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting. You will be contacted by a representative of the Local Educational Agency to schedule the meeting. **The Student Hearing Office does NOT schedule resolution meetings.**

- Mediation is also available to all parties as an alternative to a resolution meeting or a Due Process Hearing.

## A.    INFORMATION ABOUT THE STUDENT:

Name of the Student:   Jasmine Hoover   Date of Birth:  August 27, 1995

Address:  3021 G Street, SE, Washington, DC 20019

Present School of Attendance: The St. John's Center at Shaed Elementary School

Parent/Guardian of the Student:   ___Ms. Mary Hoover___

**B.**    **Legal Representative/Attorney (if applicable):**

Name:   ___Miguel Hull, Esq.___

Address:   ___1220 L Street, NW, Suite 700, Washington, DC 20005___

Phone: (w) _202-742-2000_ (Fax) _202-742-2097_ (e-mail) _____

Will attorney / legal representative attend the resolution session?    **X** Yes        ☐ No

**C.**    **Complaint Made Against (check all that apply):**

**X** DCPS school (name of the school if different from page one)
☐Charter    school    (name    of    the    charter    school    if    different    from    page one)_____
☐Non-public    school    or    residential    treatment    facility    (name) _____
☐Parent

**D.**    **Resolution Session Meeting Between Parent and LEA:**

**X** I wish to waive the Resolution Session Meeting.

**E.**    **Mediation Process:**

I am requesting an administrative due process hearing <u>only</u> at this time.

**F.**    **Facts and Reasons for the Complaint:**

### I.  Nature of the Problem.

1.  <u>DCPS Denied the Student with a Free and Appropriate Public Education by Failing to Comply with the September 18, 2005 Order of the Independent Hearing Officer and Send a Referral Packet on the Student's Behalf to the Kennedy Kreiger School.</u> An administrative due process hearing was held for the student on August 18, 2005. As a result of that hearing, a impartial due process hearing officer's interim order in which DCPS was required to do, among other things, "convene an MDT/IEP no later than September 8, 2005 to update the Petitioner's IEP and, discuss and determine placement. The team shall include a special education teacher, a clinical psychologist, a speech and language pathologist, an occupational therapist, and a DCPS placement specialist knowledgeable about all of the proposed placements as of September 1, 2005, including St. Colletta's and the Kennedy Kreiger. If Saint John's personnel declines to participate in the meeting, DCPS shall identify the appropriate related services personnel." <u>See</u> Order dated September 18, 2005.

The Order went on to state that DCPS shall forward a referral packet to the Kennedy-Kreiger within 30 calendar days of the issuance of this Order. *Id.*

The MDT/IEP Meeting was held for the student on September 9, 2005. See MDT/IEP Meeting Notes dated September 9, 2005. At the MDT/IEP Meeting, DCPS informed the parent and her educational advocate that DCPS would send the referral to Kennedy Kregier as ordered. Id.

On September 14, 2005, the parent's educational advocate wrote to DCPS inquiring into the status of the student's referral packet to Kennedy Kreiger from DCPS. See Correspondence dated September 14, 2005. DCPS never responded.

On November 28th, 2005, after hearing nothing from DCPS for well over two (2) months, counsel for the parent sent correspondence to DCPS requesting information as to the status of the student's referral packet to Kennedy Kreiger. See Correspondence dated November 28, 2005. Counsel for the parent, in that same letter informed DCPS that the parent, in the event DCPS failed to respond to this letter, by the close of business December 2, 2005, intended to file an administrative due process hearing complaint. .Id. This correspondence as well, yielded no action from DCPS.

On or about December 7, 2005, counsel for the parent's office contacted Kennedy Kreiger and asked if they had received the referral packet from DCPS. Kennedy Kreiger informed counsel for the parent that the packet had yet to be received from DCPS. To date, almost three (3) months have passed and DCPS has yet to make the referral to Kennedy Kreiger.

2.  DCPS Denied the Student with a Free and Appropriate Public Education by Failing to Have the Student Placed in an Appropriate Special Education Program. DCPS, according to the IDEIA § 614 is required to have a student, who requires special education and its related services, in an appropriate special education program that can meet his needs. The student's current placement at St. John's Center at Shaed Elementary School is an inappropriate placement for the student.

    Here, an MDT/IEP Meeting was held for the student on September 9, 2005, pursuant to a hearing officer's interim order. At the MDT/IEP Meeting, DCPS informed the parent and her educational advocate that the student currently does not have a certified autism instructor in her class and that DCPS was currently advertising for the position in the paper. The student's IEP calls for her to receive full-time special education instruction from a certified special education instructor. Because DCPS does not have a certified special education instructor in the student's class, St. John's Center at Shaed Elementary School is inappropriate and unable to meet the student's special education needs.

## II. Issues presented.

1.  Whether or Not DCPS Denied the Student a Free and Appropriate Public Education by Failing to Comply With the by Failing to Comply with the September 18, 2005 Order of the Independent Hearing Officer and Send a Referral Packet on the Student's Behalf to the Kennedy Kreiger School; and

3

2. Whether or Not DCPS Denied the Student a Free and Appropriate Public Education by Failing to Place the Student in an appropriate special education program.

## IV.    Relief Sought.

**WHEREFORE**, the parent, by and through counsel, pursuant to the Conciliation Agreement entered into on May 12th, 1981 between the U.S. Department of Education and the District of Columbia Public Schools, hereby requests the following relief:

1. A finding that DCPS denied the student a Free and Appropriate Public Education by failing to Comply with the September 18, 2005, Order of the Independent Hearing Officer and Send a Referral Packet on the Student's Behalf to the Kennedy Kreiger School;

2. A finding that DCPS denied the student a Free and Appropriate Public Education by failing to have the student placed in an appropriate special education program that can implement her IEP;

3. DCPS, agrees to provide the parent's counsel, via facsimile, at 202-742-2097 or 202-742-2098, within five (5) business days of the filing of this complaint, but in no event later than the student's resolution session meeting, a copy of the referral packet sent to Kennedy Kreiger, and the Kennedy Kreiger's letter of acceptance or rejection for the student;

4. In the event the student is accepted into Kennedy Kreiger, DCPS shall immediately place and fund the student at Kennedy Kreiger School in Baltimore, and provide the student with transportation;

5. DCPS, in the event the student was not accepted into the program at Kennedy Kreiger, agrees to place and fund the student at the St. Colletta's School of Grater Washington, DC or the Community School of Maryland, with transportation;

6. DCPS, within thirty (30) calendar days of the student's enrollment at her new programs agrees to reconvene the student's MDT/IEP Meeting to review the student's IEP and make the necessary revisions;

7. DCPS agrees to fund, four (4) hours of individualized tutoring a week, for two (2) years of compensatory education services for the student;

8. All meetings shall be scheduled through counsel for the parent, Domiento C.R. Hill or Miguel Hull, Esq., in writing, via facsimile, at 202-742-2097 or 202-742-2098;

9. DCPS will be given a day for day extension for any delay caused by the parent, the student, counsel for the parent, or the parent's educational advocate;

10. Provide the student with a due process hearing within 20 calendar days of a request on any issue arising out of the noncompliance with the DCPS' obligation

4

hereunder, or any disagreement with the assessment, programming or placement the parent may have;

11. In the event that the DCPS shall fail to comply with the terms herein, then under the Conciliation Agreement, the parents shall have the authority to use self help without further notice to the DCPS, and initiate an IEP with the DCPS' invited participation, and unilateral placement in an interim school or educational program until such time the DCPS can come into compliance and properly assess, program and/or participate;

12. The DCPS shall ensure that this student has available a Free and Appropriate Public Education including special education, transportation (5 DCMR 3000.3), and Other related services as are defined at 34 C.F.R. 300.7; <u>Assistance to States for the Education of Children with Disabilities</u>, 70 Fed. Reg. 35782, 35836 (June 21, 2005) (to be codified at 34 C.F.R. pt. 300), designed to meet this student's unique needs and preparation for employment and independent living;

13. Send all notices to counsel for the parent with copies of such to the parent and in the parent's native language;

14. That DCPS within ten (10) calendar days of the filing of this complaint, pursuant to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(c)(2)(B), provide the parents' representative, Domiento C.R Hill, Esq., via facsimile, at 202-742-2097 or 202-742-2098, the following:  i) an explanation of why DCPS proposed or refused to take the action raised in the complaint; ii) a description of other options that the IEP team considered and the reasons why those options were rejected, iii) a description of each evaluation procedure, assessment, record, or report the agency used as the basis for the proposed or refused action, and iv) a description of the other factors that are relevant to the agency's proposed or refused action;

15. That DCPS, in the event they fail to answer/respond to the issues alleged in the parent's administrative due process hearing complaint, within ten (10) calendar days, the arguments and facts as averred by the parent will be deemed true and accurate and act as a waiver, on the part of DCPS, for their desire to have a Resolution Session Meeting, and the parent's administrative due process hearing will be scheduled pursuant to the applicable timelines contained in the IDEIA;

16. That DCPS, within fifteen (15) calendar days of receiving the parent's complaint, pursuant to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(c)(2)(C), respond to the parent's request alleging any insufficiency of notice;

17. That DCPS' failure to comply with the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(c)(2)(C), and allege any insufficiency of the parent's administrative due process complaint, will constitute waiver on the part of DCPS to make such argument at any later date and time;

18. That DCPS, pursuant to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(f)(1)(B), within fifteen (15)

5

calendar days of receiving the parent's administrative due process complaint, shall contact the parent's representative, in writing, via facsimile, at 202-742-2097 or 202-742-2098, to schedule and convene a Resolution Session Meeting;

19. That DCPS, pursuant to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(f)(1)(B), convene the Resolution Session Meeting, with the parent, the parent's representative, and all necessary/relevant members of the student's MDT/IEP Team that have specific knowledge about the child and the facts contained in the complaint. That the relevant members of the MDT/IEP Team that shall be present at the Resolution Session Meeting for the student shall include the following persons: 1) an admissions representative from the Kennedy Kreiger School, an admissions representative from the Community School of Maryland, an admissions representative from the St. Colletta's School of Greater Washington, DC2) the student's current special education teacher; a representative of the local education agency with decision making authority, a person who can interpret the data, 5) any person(s) who conducted any assessments on the student, and any service providers for the student;

21. That DCPS' failure to timely schedule and convene the Resolution Session Meeting within the timeframe identified according to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(f)(1)(B) constitute joint waiver between DCPS and the parent to have such meeting and the forty-five (45) days timeline to schedule the student's administrative due process hearing and receive a timely decision will begin to run upon written notice, via facsimile, at 202-442-5556, to the DCPS Office of Student Hearings; by the parent's counsel; and

22. A finding that the parent is the prevailing party in this action.

## G.    Accommodations and Assistance Needed:

Please list any special accommodations you may require for a Resolution Session Meeting/Mediation Conference/Due Process Hearing.

- Interpreter                    (please                        specify                    the type)_____
- Special            Communication            (please          describe          the type)_____
- Special            Accommodations        for            Disability            (please        be specific)_____
- Other_____

**H.**    **Signature:**

Legal Representative / Advocate (if applicable)          Date

Mail, fax or deliver this complaint notice to:
State Enforcement and Investigation Division
For Special Education Programs (SEID)
Student Hearing Office (SHO)
825 North Capitol Street, NE, 8th Floor
Washington, DC  20002
Fax number: 202/442-5556

7

```
                    *** TX REPORT ***
                    ********************

TRANSMISSION OK

TX/RX NO             4292
CONNECTION TEL                   92024425556
CONNECTION ID
ST. TIME             12/08 18:54
USAGE T              01'07
PGS. SENT            8
RESULT               OK
```

## James E. Brown & Associates, PLLC
### *A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill ∘ | 1220 L Street, NW | Tilman L. Gerald |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers |
| | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia On |

# FAX COVER SHEET

TO: Office of Student Hearings, DCPS

FROM: Domiento C.R. Hill, Esq. for Miguel Hull, Esq.

DATE:   December 8, 2005

FAX NO: 202-442-5556

SUBJECT: J.H., DOB: 8/27/95

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 8

COMMENTS: Administrative due process hearing complaint. Thank you for your assistance

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

# District of Columbia Public Schools

## State Enforcement & Investigation Division

### confidential

H. St. Clair, Esq., Due Process Hearing Officer
825 North Capitol Street, NE  8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

| | | |
|---|---|---|
| **In the Matter of** | ) | |
| | ) | **HEARING OFFICER'S** |
| **JASMINE HOOVER,** student | ) | **MEMORANDUM OF** |
| Date of Birth: August 27, 1995 | ) | |
| Petitioner, | ) | **SETTLEMENT AGREEMENT** |
| | ) | |
| versus | ) | Request Date:     December 9, 2005 |
| | ) | Hearing Date:     February 9, 2006 |
| **The District of Columbia Public Schools,** | ) | |
| Home School: Kimball Elementary School, | ) | Held at:  825 North Capitol Street, NE |
| Attending: Shead Elementary School, | ) | Eighth Floor, Hearing Room 4 |
| Respondent. | ) | Washington, D.C. 20002 |
| | ) | |

**Guardian/Grandmother:**

Mary L. Hoover
3021  G  Street, SE
Washington, D.C. 20019

**Counsel for the Guardian/Student:**

Domiento C.R. Hill, Esq.
**JAMES E. BROWN & Associates**
1220  L  Street, NW     Suite 700
Washington, D.C. 20005

**District of Columbia Public Schools:**

Aaron E. Price, Sr., Esq., Attorney-Advisor
**Office of the General Counsel, DCPS**
825 North Capitol Street, NE  9th Floor
Washington, D.C. 20002

An **INDEX of NAMES** is attached hereto for the benefit of the parties. The index will permit the parties to identify specific witnesses and other relevant witnesses. The index will be detached before release of this **SETTLEMENT AGREEMENT** as a public record.

i

## INDEX of NAMES for Jasmine Hoover

**Hearing Date:** February 9, 2006

Appearing on behalf of DCPS:  None.

Appearing on behalf of the grandparent/student:

1. Mary L. Hoover, guardian-grandmother
2. Regina L. Hoover, aunt

No testimony was received.

ii

## JURISDICTION

The hearing convened under Public Law 108-446, The Individuals with Disabilities Education Improvement Act of 2004 and Title V of the District of Columbia Municipal Regulations.

## STATEMENT of the CASE

On December 9, 2005, Counsel for the Guardian filed the herein Complaint on behalf of the guardian-grandmother and student complaining the District of Columbia Public Schools (DCPS) denied a Free Appropriate Public Education (FAPE) to the student. Specifically, Counsel for the Guardian complained of violation on the part of DCPS of the Hearing Officer's Determination/Decision issued in this matter September 19, 2005 wherein DCPS was ordered to place the student but had not.

The Student Hearing Office, DCPS, scheduled a hearing in this matter for 9:00 A.M., Thursday, February 9, 2006 at DCPS Headquarters, 825 East Capitol Street, NE, 8th Floor, Hearing Room 4, Washington, D.C. 20002.

The hearing officer called the hearing to order as scheduled when the parties announced they had settled.

## The SETTLEMENT AGREEMENT

1. DCPS agreed to convene an MDT/Placement meeting on or before February 28, 2006, and to issue a Notice of Placement for the student either to the Kennedy Krieger Institute or to the St. Coletta School of Greater Washington, D.C.

2. For the said MDT/Placement meeting, scheduling is to be through and notices are to be sent to Counsel for the Guardian except that, for everyday of unavailability of guardian/educational advocate/ Counsel for the Guardian, the deadline herein will be extended one day. For disputes under this paragraph, with the burden of proof on DCPS, documentation of the parties will be relied upon to determine the good faith of each party.

Date: _February 14, 2006_

H. St. Clair, Esq., Hearing Officer

Issued: _2/14/06_
Student Hearing Office, DCPS

# District of Columbia Public Schools

OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Jasmine Hoover
   DOB: 8/27/95
   Date of Determination (HOD/SA): 2/14/06
   Parent/Guardian Name: Mary L. Hoover
   Parent/Guardian Address: 3021 G St., SE, WDC 20019
   Current School: Shead E.S.
   Home School: Kimball E.S.

3. **Invoice Information**
   Invoice Number: 06-111
   Date Request Submitted: 3/17/06
   Date(s) Services Rendered: 8/19/05 to 2/9/06
   Amount of Payment Request: $ 8,001.45

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_(signature)_                    3/17/06
Signature                        Date

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| AK | Ann Kreske, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |
| BC | Blair Copeland |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| CM | Carolyn Monford, MA |
| GMH | Garield Mark Hohman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

1/13/2006

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Jasmine Hoover
Mary Hoover
3021 G Street, SE
Washington DC 20019

February 23, 2006
In Reference To:    Jasmine Hoover
                    DOB: 8/27/95
                    School: St. John Community Services @ Shaed ES
Invoice #11268

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/19/2005 RN | Phone call to parent regarding conflict with representation. | 0.17 365.00/hr | 62.05 |
| WB | Prepared and sent placement packet to Breona Harrison, Placement Monitor, DCPS | 1.00 115.00/hr | 115.00 |
| WB | Drafted letter to parent re: case status and placement packet to Breona Harrison, Placement Monitor, DCPS | 0.50 115.00/hr | 57.50 |
| 8/25/2005 DH | Draft and send letter to DCPS responding the Letter of Invitation. | 0.17 350.00/hr | 59.50 |
| 8/26/2005 WB | Discussion with Ms. Donna O'Meara of St. Coletta of Greater Washington re: placement status | 0.25 115.00/hr | 28.75 |
| 8/29/2005 KD | Drafted letter to parent/enclosed copy of MDT Mtng Cnfrmtn/copy to advc and file/added to case notes/posted same to Outlook and Desk Calendars | 0.50 115.00/hr | 57.50 |
| 9/8/2005 DH | Draft and send letter to DCPS regarding the student's outstanding HOD. | 0.25 350.00/hr | 87.50 |
| 9/9/2005 KC | Reviewed client file/IEP  in | 1.00 185.00/hr | 185.00 |
| KC | Attended MDT/IEP @ Shaed ES.(St. John's Community Services) | 4.00 185.00/hr | 740.00 |

Jasmine Hoover                                                                    Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/12/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 9-8-05 Ltr to DCPS requesting HOD from most recent hearing/copy to advc and file/added to case notes | 0.42 115.00/hr | 48.30 |
| 9/14/2005 | KC | Research educational placement needs / prospective schools on internet. Identified the Community School of Maryland as a possible placement for students with PDD and other Autism Spectrum Disorders. | 0.75 185.00/hr | 138.75 |
|  | DH | Receive and review the student's IEP. | 0.50 350.00/hr | 175.00 |
|  | KC | Telephone call to private school (Kennedy Krieger Leap program) re: inquiry about status of referral packet reportedly forwarded by DCPS. Ms. Smitherman-Brown said she recieved packet on 9/13/05 but wont have any slots available until 1/6/05.  She will proceed with admissions process nevertheless. | 0.42 185.00/hr | 77.70 |
|  | KC | Phone call from Ms. Hoover re; inquiry about previous submission of referral packet to Ivymount and whether vacancies might become available there before 1/06.. Ms. Hoover also discussed her impressions of St. Colletta School and stated that she would be comfortable with that on an interim basis. | 0.50 185.00/hr | 92.50 |
|  | KC | Draft letter to Ms. Mary Hoover re: response from Kennedy Krieger about unavailability of space until 1/06. Inquiry about whether parent desires for referral packet to be forwarded to the Community School of Maryland for autistic students. Mailed letter. | 0.83 185.00/hr | 153.55 |
|  | KC | Draft letter to Breonna Harrison (DCPS) re: Inquiry about admissions status of student at Kennedy Krieger. Faxed letter. | 0.67 185.00/hr | 123.95 |
| 9/15/2005 | KC | Prepared and sent placement packages Community School of Maryland. | 1.00 185.00/hr | 185.00 |
|  | KC | Telephone call to private school (Community School of Maryland; Admissions Coordinator; Brenda Moore.) | 0.25 185.00/hr | 46.25 |
|  | KD | Drafted letter to parent/enclosed copy of Notes from IEP Mtng on 9-9-05/copy to advc and file/added to case notes | 0.42 115.00/hr | 48.30 |
| 9/23/2005 | KC | Phone call to Mary Hoover re: Ms. Carol Silvermetz (Ed. Director at Community School of Maryland's) offer for parent to visit autism program. Parent asked writer to schedule visit and confirm meeting with her in writing.  Parent also had questions about the school. | 0.50 185.00/hr | 92.50 |
|  | KC | Draft letter to parent confirming visitation date at Community School of Maryland (9/30/05 at 10:00 a.m.). Mailed letter. | 0.83 185.00/hr | 153.55 |

Jasmine Hoover

Page    3

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/23/2005 KC | Telephone call to private school (Carol Silvermetz (Ed. Dir. of Community School of Maryland autism program) re: interest in scheduling parent visit prior to student interview. | 0.33 185.00/hr | 61.05 |
| 9/26/2005 JEB | Examined and certified hearing request filed by attorney | 0.58 385.00/hr | 223.30 |
| KD | Drafted letter to parent/enclosed copy of 9-19-05 HOD/copy to advc and file/added to case notes/posted deadline issues to Outlook and Desk Calendars | 0.42 115.00/hr | 48.30 |
| 9/30/2005 KC | Phone call to Ms. Hoover. (returned phoned call, parent inquiry about Kennedy Krieger--wants to know if slot might be available before January 2005 | 0.42 185.00/hr | 77.70 |
| 10/7/2005 KC | Phone call to Ms. Hoover re: visit to Community School of Maryland. Inquired about impressions of school as well as whether Jasmine has gotten a teacher for her class at St. John's Community Services. Parent decides to forego Community School of Md. placement and to wait for an opening at Kennedy Krieger. | 0.50 185.00/hr | 92.50 |
| KC | Draft letter to Ms. Hoover summarizing status of admissions pursuit. Informed grandparent that student shall be entitled to compensatory education by virtue of granddaughter not have a teacher all year. Mailed & filed letter. | 0.92 185.00/hr | 170.20 |
| 11/25/2005 WB | Telephone call to private school Kennedy Krieger Institute re: placement consideration status | 0.25 115.00/hr | 28.75 |
| 11/28/2005 DH | Draft and send letter to DCPS Office of Mediation and Compliance regarding their failure to comply. | 0.17 350.00/hr | 59.50 |
| 11/30/2005 HR | Draft letter to parent regarding correspondence sent to the Office of Special Education | 0.33 115.00/hr | 37.95 |
| 12/2/2005 DH | Discussion with the guardian regarding the status of the student's case and need for an MDT/IEP Meeting. | 0.33 350.00/hr | 115.50 |
| HR | File Review and sent letter to parent/student | 0.17 115.00/hr | 19.55 |
| 12/8/2005 DH | Review the student's educational file, discussion with the guardian regarding DCPS compliance with the order,  conduct educational research regarding DCPS' failure to comply with the order and options available to the parent, draft administrative due process hearing request and take to the lead attorney for his review. | 2.50 350.00/hr | 875.00 |
| 12/9/2005 WB | Conference with parent re: Administrative Due Process Complaint Notice filed on 12/8/05 | 0.17 115.00/hr | 19.55 |

Jasmine Hoover                                                                          Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/9/2005 | WB | Drafted letter to parent w/ Administrative Due Process Complaint Notice filed on 12/8/05 enclosed | 0.50 115.00/hr | 57.50 |
|  | DH | Appearance at resolution meeting for student | 365.00/hr | NO CHARGE |
|  | JEB | Examined and certified hearing request filed by attorney | 0.58 385.00/hr | 223.30 |
| 12/15/2005 | BDL | Drafted letter to parent with copy of the Resolution Meeting Confirmation Notice. | 0.50 115.00/hr | 57.50 |
| 1/5/2006 | WB | Prepared and sent placement package to Ivymount School | 1.00 115.00/hr | 115.00 |
|  | WB | Conference with parent re: vital records update and placement referral | 0.17 115.00/hr | 19.55 |
|  | WB | Drafted letter to parent re: case status and placement referral sent to Ivymount School | 0.50 115.00/hr | 57.50 |
| 1/6/2006 | DH | Discussion with the educational advocate and parent regarding the student's placement options. | 0.33 365.00/hr | 120.45 |
| 1/18/2006 | KD | Drafted letter to parent/enclosed copy of HN/copy to advc and file/added to case notes/posted same to Outlook and Desk Calendars | 0.33 115.00/hr | 37.95 |
| 1/19/2006 | DH | Discussion with the parent regarding the status of the student's case. | 0.17 365.00/hr | 62.05 |
|  | WB | Telephone call to private school Ivymount -- talked to Ms. Linda Pender re placement referral consideration status | 0.25 115.00/hr | 28.75 |
|  | WB | Discussion with the child's attorney re: contacting private schools and parent about placement consideration status and/or school visits | 0.08 115.00/hr | 9.20 |
|  | WB | Conference with parent re: case status and contact from private schools re placement consideration status | 0.25 115.00/hr | 28.75 |
|  | WB | Telephone call to private school St. Coletta -- talked to Ms. Corazza re placement referral consideration status | 0.25 115.00/hr | 28.75 |
| 1/20/2006 | WB | Conference with parent re: placement status | 0.17 115.00/hr | 19.55 |
|  | WB | Drafted letter to parent w/ copy of placement consideration status correspondence received from The Ivymount School | 0.42 115.00/hr | 48.30 |
| 1/31/2006 | KD | Phone call to Kennedy Krieger and to parent re Intake interview for placement consideration | 0.17 115.00/hr | 19.55 |

Jasmine Hoover                                                                                       Page    5

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/2/2006 | KD | Assist to prepare disclosure to DCPS | 1.00 115.00/hr | 115.00 |
| 2/8/2006 | KC | Prepared for Due Process Hearing (reviewed meeting notes) in preparation for administrative hearing. | 0.75 185.00/hr | 138.75 |
| 2/9/2006 | KC | Appearance to 825 North Capital for due process hearing | 2.00 185.00/hr | 370.00 |
|  | DH | Prepare for the student's administrative due process hearing. | 2.00 365.00/hr | 730.00 |
|  | DH | Appear at the student's administrative due process hearing. | 2.00 365.00/hr | 730.00 |
|  |  | For professional services rendered | 35.44 | $7,574.40 |

Additional Charges :

| 8/19/2005 | Copied documents; letter to parent | 0.50 |
|---|---|---|
|  | Postage; letter to parent | 0.37 |
|  | Facsimile: request for transportation to SHO. | 1.00 |
| 8/23/2005 | Messenger Service to and from DCPS (Letter to Placement Specialist) | 20.00 |
| 8/25/2005 | Facsimile to Shaed | 7.00 |
| 8/29/2005 | Copied: MDT conf. for parent and advocate. | 1.50 |
|  | Postage; letter to parent re: MDT mtg. conf. | 0.37 |
| 9/8/2005 | Facsimile: Letter to SHO. | 2.00 |
| 9/9/2005 | Copied documents IEP and MDT notes | 28.22 |
|  | Copied documents | 1.66 |
| 9/12/2005 | Postage; letter to parent | 0.37 |
|  | Letter to DCPS requesting hearing date notice | 4.98 |
|  | Made Photocopies | 4.00 |
| 9/14/2005 | Facsimile | 2.00 |
|  | Copied documents RE:  IEP meeting notes and cover letter | 6.00 |

Jasmine Hoover                                                    Page    6

                                                                    Amount

| | | |
|---|---|---|
| 9/14/2005 | Postage; letter to parent with IEP notes from 9/9/05 | 0.83 |
| | Made Photocopies | 7.00 |
| | Copied: letter for parent and file. | 2.00 |
| 9/15/2005 | Made Photocopies<br>IEP and Evaluations | 5.75 |
| 9/16/2005 | Postage; placement package. | 1.75 |
| 9/19/2005 | Facsimile Received from DCPS (HOD) | 4.00 |
| 9/23/2005 | Postage; Letter to parent. | 0.37 |
| | Copied documents | 1.50 |
| 9/26/2005 | Copied: HOD letter for parent and advocate. | 3.00 |
| | Postage; letter to parent re: HOD. | 0.37 |
| 10/7/2005 | Postage; letter to parent. | 0.37 |
| | Copied status letter | 2.25 |
| 11/28/2005 | Facsimile | 7.00 |
| 11/30/2005 | Postage; letter to parent re: case status. | 0.60 |
| | Copied: documents sent to DCPS for parent. | 2.25 |
| 12/2/2005 | Postage; letter to parent | 0.37 |
| 12/8/2005 | Facsimile: HR to SHO. | 8.00 |
| | Copied documents; hearing request | 4.00 |
| 12/9/2005 | Copied documents; letter to parent | 0.50 |
| | Postage; letter to parent | 0.37 |
| 12/12/2005 | Facsimile Received from DCPS; scheduled memorandum | 3.00 |
| 12/14/2005 | Facsimile Received from DCPS | 2.00 |
| 12/15/2005 | Copied documents | 0.75 |
| 12/20/2005 | Sedan taxi service to and from resolution meeting at DCPS.(attny.) | 16.00 |
| 1/3/2006 | Facsimile Received from DCPS; response to complaint | 3.00 |

Jasmine Hoover                                                      Page     7

                                                                   __Amount__

| | | |
|---|---|---|
| 1/5/2006 | Postage; letter to parent (placement consideration referral) | 0.39 |
| | Facsimile sent to Ivymount School for placement consideration | 65.00 |
| 1/17/2006 | Facsimile Received from DCPS re: HN. | 1.00 |
| 1/18/2006 | Copied HN and cvr ltr. for parent/adv. | 1.00 |
| | Postage; letter to parent | 0.39 |
| 1/20/2006 | Copied documents; letter to parent | 0.50 |
| | Postage; letter to parent | 0.39 |
| 2/2/2006 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| | Copied 5 day disc. for SHO/OGC/Hull. | 68.50 |
| 2/9/2006 | File review preparation of bill and invoice audit | 96.88 |
| | Sedan taxi service to DCPS for hearing.(attny.) | 8.00 |
| | Parking at DCPS for hearing (advocate) | 8.00 |
| | Total costs | $427.05 |
| | Total amount of this bill | $8,001.45 |