# EXHIBIT 5

EXHIBIT
ALL-STATE LEGAL
TB-11

# REQUEST FOR HEARING

➢ This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.

➢ This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002.  Fax number 202-442-5556

---

Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent. Mediation may be beneficial in your case.  Please indicate your decision:

___ I REQUEST MEDIATION    ___ I REQUEST MEDIATION AND A HEARING    _X_ I REQUEST A HEARING

---

## STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED

Student Name: Tyrone Barnes        DOB: 6-11-92

Address:    2701 Robinson Place, SE, #102, Wash., DC  20020

Present School of Attendance: Johnson JHS- DC Public Schools    Home School: Johnson JHS- DC Public Schools
(Neighborhood school where child is registered)

---

**COMPLAINT IS MADE AGAINST:**    District of Columbia Public Schools (DCPS)

**INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING**

Name:    Tiffanie Little (mother)

Address:  2701 Robinson Place, SE, #102, Wash., DC  20020

Phone: (H) 202-889-5745   (W) _____ (Fax) _____

Relationship to Student: _X_ Parent  ___ Self  ___ Legal Guardian  ___ Parent Surrogate  ___ Public Agency

**PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):**

Name: Delores Scott McKnight    Phone: (W) 202-742-2000    (Fax) 202-742-2098

Address: James E. Brown & Associates, PLLC, 1220 L Street, NW, Suite 700, Washington, DC  20005

1.    You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing).  Please indicate whether you are available in the AM, PM, or both on the identified dates.

Hearings:  July 19, 2005  (both)        July 20, 2005  (both)        July 21 (both)

Mediation:  _____    _____    _____

**FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).**

**FOR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING WITHIN THAT PERIOD.**

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

2. Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):

    Interpreter
    ___ Foreign Language _____
    ___ Sign Language _____
    ___ Other _____

    Special Communications _____
    Special Accommodation for Disability _____
    Other _____

3. In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below:
   (You may attach additional pages to provide more information if needed.)

**Describe the nature of the problem:**

A. <u>**Inappropriate IEP– IEP fails to Indicate Present Levels of Performance Subtest Scores for Reading and Math, IEP Fails to Provide for required Speech Language Services, IEP Fails to address Student's ADHD and IEP Fails to Provide Educational Benefits**</u> – Tyrone Barnes is a 13-year-old, 7th-grade student with Specific Learning Disabilities. His IEP provides him with 25 hours of specialized instruction and no related services. However, Tyrone has not made any measurable progress. He is significantly below grade level—performing at the second grade. Tyrone has a history of hyperactivity and having a short attention span. Tyrone was tested at Howard University where he was diagnosed with Attention Deficit Hyperactivity Disorder. Ms. Little provided DCPS with a copy of Children's ADHD report.

B. <u>**Inappropriate Placement**</u> – Johnson JHS fails to provide Tyrone with the 25 hours of specialized instructions as mandated by his IEP. On December 8, 2004, Ms. Little wrote to school officials requesting that Tyrone be provided with the specialized instruction. During a classroom observation she noted that many of his academic teachers were unaware of the content of the IEP in connection with the goals and objectives in the areas of math, English, Written Expression and Language Arts, as evidenced by Tyrone's failing grades this entire school year.

C. **Denial of FAPE - Compensatory Education**: Tyrone Barnes is entitled to receive compensatory education by his multidisciplinary team for DCPS' failure to provide his with FAPE as a result of the above-stated violation(s) of the IDEA and DCPS Board Rules.

**Describe issues to be addressed at the mediation and/or hearing, with specificity:**

1. Whether the IEP is appropriate when it fails to: (a) Indicate Present Levels of Performance Subtest Scores for Reading and Math, (b) fails to Provide for required Speech Language Services, (c) fails to address Student's ADHD and (d) fails to Provide Educational Benefits.

2. Whether the current placement is appropriate when student is not receiving the 25 hours of specialized instruction and has failing grades.

3. Whether Tyrone Barnes is entitled to a discussion of compensatory education due to DCPS' failure to comply with the IDEA and the DCMR.

**Describe relevant facts relating to the problem**: See Nature of the Problem: Numbers 1-3.

**State how you would like to see the problem resolved:**

1. A finding that the IEP is inappropriate as it fails to: (a) Indicate Present Levels of Performance Subtest Scores for Reading and Math, (b) fails to Provide for required Speech Language Services, (c) fails to address Student's ADHD and (d) fails to Provide Educational Benefits.

2. A finding that the current placement is inappropriate as it failed to provide the student with required 25 hours of specialized instruction and the student is failing.

3. A finding that Tyrone Barnes is entitled to a discussion of compensatory education by a Multi-Disciplinary Team.

4. DCPS shall fund the parent's independent evaluations for all necessary evaluations in connection with evaluating student in all suspected areas, per the Parent's June 2005 Request to Evaluate.

5. DCPS shall immediately convene an eligibility MDT within 10 days of receiving all evaluations to discuss the evaluations, develop a behavior intervention plan, develop an IEP, if appropriate, or issue a Notice of Ineligibility, issue a Prior Notice of Placement, if found eligible, on the 5/30 public/private timeline, discuss compensatory education and develop a compensatory education plan, if appropriate.

6. DCPS, agrees to provide the student with compensatory education for the delay in this case.

7. *If the proof offered at the due process hearing differs from the description of the nature of the problems, as stated herein, relating to the proposed or refused initiation or change, including facts relating to the problem, and the proposed solution herein of the problem, to the extent known and available to the parent at the time of the drafting of this complaint, the parent requests that 34 C.F.R. 300.507(c)(4) shall apply and the parent hereby amends the complaint (hearing request) to conform to the proof at and during the hearing.*

8. DCPS shall provide the parent with a due process hearing within 20 calendar days of a request on any issue arising out of the noncompliance with DCPS' obligations hereunder, or any disagreement with the assessment, programming or placement that the parent may have.

9. DCPS shall provide counsel for the parent with copies, pursuant to 5 DCMR 3021.8, of all evaluation reports and all educational records on the student no later than 16 business hours prior to any meeting in which the parent is entitled to attend and/or participate.

10. DCPS shall schedule all meetings through counsel for the parent via facsimile on 202-742-2000, with copies to the parent by no later than 16 business hours prior to convening any meetings.

3

11. DCPS shall send all notices to counsel for the parent with copies of such to the parent.

_____        June 10, 2005
Signature of Applicant/Parent (Required)       Date (Required)

**MAIL, FAX, OR DELIVER APPLICATION TO:**
**Student Hearing Office of the District of Columbia**
**828 North Capitol Street, NE, 8th Floor**
**Washington, DC  20002          FAX: (202) 442-5556**

*FOR OFFICE USE ONLY:*
Case Number: _____
Student ID#: _____

Form 101                                        Revised 02/01/2003

4