UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHAMISA ARMSTEAD, for D.A., a minor, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>  Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action. No. 06-0276 (RBW)<br>:<br>:<br>:<br>:<br>: |

**JOINT MOTION FOR CONSENT JUDGEMENT**

The parties jointly move this court to approve the attached Consent Judgment awarding attorney fees for J.H., M.S., T.B., C.L., M.H., K.K., J.K., and S.W., and dismissing this case with prejudice.

On February 14, 2006, 49 named plaintiffs filed a Complaint for reimbursement of attorneys' fees and costs, claiming that they were "prevailing parties" in administrative proceedings pursuant to the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400 et seq. ("IDEIA")  By praecipe filed September 15, 2006, Plaintiffs voluntarily dismissed 41 of the initial claims; J.H., M.S., T.B., C.L., M.H., K.K., J.K., and S.W., are the only remaining Plaintiffs in this action.

The parties agree that the following awards are in settlement of any and all claims relating to the February 14, 2006, Complaint for attorneys' fees (the amounts agreed on exclude any fees for the services of Domiento Hill):

- $3,000.00 in settlement of the claims of J.H.,
- $2,000.00 in settlement of the claims of M.S.,

- $4,000.00 in settlement of the claims of T.B.,

- $3,000.00 in settlement of the claims of C.L.,

- $3,000.00 in settlement of the claims of M.H.,

- $3,500.00 in settlement of the claims of K.K.,

- $3,000.00 in settlement of the claims of J.K., and

- $2,000.00 in settlement of the claims of S.W.

Furthermore, the parties agree that since there are no other remaining claims, this case should be dismissed with prejudice.

                Respectfully submitted,

                LINDA SINGER
                Attorney General
                for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                **/s/ *Edward P. Taptich***
                EDWARD P. TAPTICH
                Chief, Equity Section 2
                Bar Number 012914

| */s/Tilman L. Gerald* | */s/ Amy Caspari* |
|---|---|
| Tilman L. Gerald [928796] | Amy Caspari [#488968] |
| Brown & Associates | Assistant Attorney General |
| 1220 L St. N.W., #700 | 441 Fourth Street, N.W., 6th Fl. S |
| Washington, D.C. 20005 | Washington, D.C. 20001 |
| (202) 742-2000 | (202) 724-7794 |
| rneloms@jeblaw.biz | amy.caspari@dc.gov |
| Attorney for Plaintiffs | Attorney for Defendants |

June 29, 2007