UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CHAMISA ARMSTEAD,** for
D.A., a minor, et al.,

      **Plaintiffs,**

      v.                      Civil Action. No. 06-0276 (RBW)

**DISTRICT OF COLUMBIA,** et al.,

      **Defendants.**

## CONSENT JUDGMENT

Upon consideration of the parties' June 29, 2007, Joint Motion for Consent Judgment, it is on this _____ day of _____, 2007, hereby

**ORDERED,** that Plaintiff J.H. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff M.S. is awarded $2,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff T.B. is awarded $4,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff C.L. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff M.H. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff K.K. is awarded $3,500.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff J.K. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff S.W. is awarded $2,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that the Defendants will pay the amount awarded by this Order to James E. Brown & Associates within 60 days of the date of this Order; and it is

**FURTHER ORDERED,** that this fully resolves all the remaining issues in this case; and it is

**FURTHER ORDERED,** that this case is dismissed with prejudice.

_____
United States District Judge