UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHAMISA ARMSTEAD, for
D.A., a minor, et al.,

      Plaintiffs,

      v.

DISTRICT OF COLUMBIA, et al.,

      Defendants.

**ECF**

Civil Action. No. 06-0276 (RBW)

## CONSENT JUDGMENT

Upon consideration of the parties' June 29, 2007, Joint Motion for Consent Judgment, it is on this _____2-rd_____ day of _July_, 2007, hereby

**ORDERED,** that Plaintiff J.H. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff M.S. is awarded $2,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff T.B. is awarded $4,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff C.L. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff M.H. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff K.K. is awarded $3,500.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff J.K. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff S.W. is awarded $2,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that the Defendants will pay the amount awarded by this Order to James E. Brown & Associates within 60 days of the date of this Order; and it is

**FURTHER ORDERED,** that this fully resolves all the remaining issues in this case; and it is

**FURTHER ORDERED,** that this case is dismissed with prejudice.

United States District Judge